UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **ANNIE SHABER, et al.,** | Case No. 3:13cv17 |
| Plaintiffs**,** | JUDGE THOMAS M. ROSE |
| v. | AGREED FINAL ENTRY OF DISMISSAL WITH PREJUDICE |
| **PINEBROOK ESTATES, LLC, et al.,** | |
| Defendants | |

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their Settlement Agreement, which is incorporated herein by reference.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed with prejudice. Each party shall bear its own attorney fees and costs.

            **SO ORDERED:**

Date: June 24, 2014          *s/Thomas M. Rose*
                                        _____
                                        Thomas M. Rose, United States District Judge

**AGREED:**

| | |
|---|---|
| s/Matthew Brownfield<br>Matthew Brownfield<br>Trial Attorney for plaintiffs | Date:<br>06/19/2014 |
| s/Jonathan S. Zweizig, by Matthew Brownfield per telephone authorization<br>Jose Lopez, Esq.<br>Jonathan S. Zweizig, Esq.<br>Lopez Severt & Pratt Co., LPA<br>Trial Attorneys defendants | Date:<br>06/19/2014 |